UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. _____

LOWER TRIBUNAL CASE NO. 2025-CA-000226

GORDON ANDREWS,

    Plaintiff,

v.

CITY OF LYNN HAVEN,
RICKY RAMIE, individually, and
WILLIAM McALINDEN, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

**TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA, PANAMA CITY DIVISION.**

Defendants, CITY OF LYNN HAVEN, RICKY RAMIE, individually, and WILLIAM McALINDEN, individually, ("Defendants"), pursuant to 28 U.S.C. §§1331, 1343, 1367, 1441(a), 1446, and Local Rule 7.2, hereby gives this Notice of Removal of an action pending In the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, and state:

### I.   Procedural Allegations:

1.    Plaintiff sued Defendant in the Circuit Court of the Fourteenth

Judicial Circuit, in and for Bay County, Florida, Case Number: 2025-CA-000226. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the state court proceeding are attached hereto as Exhibits 1-10.

2.      Plaintiff served Defendants on April 16, 2025. This Removal is timely filed under 28 U.S.C. §1446(b).

3.      A copy of this Notice of Removal has been provided to Plaintiff and filed with the Clerk of the state trial court on this date.

## II.   Federal Jurisdiction:

4.      Plaintiff's claims are brought under the United States Constitution and 42 U.S.C. § 1983, and under Florida common law. This Court has original jurisdiction over the federal claim pursuant to 28 U.S.C. § 1331 and § 1343(a); and supplemental jurisdiction over the state law claim pursuant to 28 U.S.C. § 1367, respectively.

**WHEREFORE**, Defendants CITY OF LYNN HAVEN, RICKY RAMIE, individually, and WILLIAM McALINDEN, individually, requests that all claims in the referenced action be removed to this Court.

Respectfully submitted this 25th day of April 2025.

2

_/s/ Scott J. Seagle_

 Scott J. Seagle (FBN: 57158)
Heath R. Stokley (FBN: 183644)
sjseagle@coppinsmonroe.com
hstokley@coppinsmonroe.com
bmiller@coppinsmonroe.com
cmarchena@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd | Suite 202
Tallahassee, FL 32309
Office: 850-422-2420    Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS
CITY OF LYNN HAVEN,
RICKY RAMIE, individually, and
WILLIAM McALINDEN, individually

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

_/s/ Scott J. Seagle_
Attorney

3